# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING LEAVE TO FILE** |
| Plaintiff, | ) | **DISMISSAL OF COUNTS TWO, THREE,** |
| | ) | **AND FOUR OF INDICTMENT** |
| vs. | ) | |
| | ) | |
| Raymond E. Dunham, | ) | Case No. 4:06-cr-070 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is hereby **GRANTED** for filing of the dismissal of Counts Two, Three, and Four of the Indictment against Raymond E. Dunham, defendant.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court