**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond E. Dunham, | ) | |
| | ) | Case No. 4:06-cr-070 |
| Defendant. | ) | |

_____

The court conducted a status conference in the above-entitled action on December 16, 2009. AUSA David Hagler appeared on the Goverment's behalf. Assistant Federal Public Defender Orell Schmitz appeared on the Defendant's behalf. Pursuant to the parties discussions, including a waiver by the Defendant of the preliminary hearing, the court **ORDERS** that the Defendant be released, subject to his existing conditions of supervision and to the outstanding warrant for his arrest in Cass County, North Dakota. The Defendant's preliminary and detention hearings scheduled for December 17, 2009, are cancelled.

Dated this 16th day of December, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge